MIAMI & NORTHERN REALTY CORP. v. BARNETT NATIONAL BANK OF COCOA.

150 So. 804.
Division B.
Opinion Filed November 16, 1933.
Rehearing Denied January 10, 1934.

*John D. Sheppard,* for Appellant;
*James J. Jackson* and *Fleming & Snow,* for Appellee.

PER CURIAM.—This cause coming on to be heard upon the transcript of the record and the briefs and oral argument of counsel, all of which have been duly considered, the Court is of the opinion that there is no reversible error in the orders appealed from. It is, therefore, considered, ordered and adjudged by the Court that the orders appealed from in this cause be and they are hereby affirmed.

Affirmed.

WHITFIELD, P. J., and BROWN and BUFORD, J. J., concur.